UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CRAIG AND MICHELE ANDREA, | ) | Case No. 10-40108 |
| | ) | |
| DEBTORS. | ) | Judge A. Benjamin Goldgar |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on the **10th day of October, 2012 at 10:00 a.m.**, or soon thereafter as counsel can be heard, I shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in the room usually occupied by him as courtroom 613 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be sitting in his place and shall present the **Debtor's Motion For Final Decree and Order Closing Bankruptcy Case**, a copy of which is attached and served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/John H. Redfield
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
(312) 641-6777

### CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion For Final Decree and Order Closing Bankruptcy Case to be served on all the parties listed on the attached Service List via U.S. Mail, properly addressed, postage pre-paid, on the 28th day of September, 2012.

/s/John H. Redfield

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants**

Denise A. DeLaurent
Office of the U.S. Trustee
219 S. Dearborn Street, Room 873
Chicago, Illinois 60604

John Gierum
jgierum@7trustee.net, IL25@ecfbis.com

### Parties Served via First Class Mail

Craig Andrea
Michele Andrea
26349 W. Roberts Lane
Barrington, IL 60010

American Express
P.O. Box 297814
Ft. Lauderdale, FL 14068-9000

American Express
P.O. Box 981535
El Paso, TX 79998-1535

Associated Recovery Systems
P.O. Box 463023
Escondido, CA 92046-3023

Bank of America
Attn: Mortgage Customer Service
P.O. Box 9000
Getzville, NY 14068-9000

Bank of America
P.O. Box 15027
Wilmington, DE 19850-5027

Bank of America
P.O. Box 535318
Atlanta, GA 30353-5318

Blatt, Hasenmiller, Leibsker & Moore
125 S. Wacker Drive, Suite 400
Chicago, IL 60606-4440

Capital One
P.O. Box 6492
Carol Stream, IL 60197-6492

Capital One Installment
Capital Recovery
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Chase
Cardmember Service
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Bank
c/o Kevin W. Mortell, Esq.
131 S. Dearborn Street, 5th Floor
Chicago, IL 60603-5571

Discover Bank
DB Servicing Corporation
P.O. Box 3025
New Albany, OH 43054-3025

Discover Card
P.O. Box 3106
Carol Stream, IL 60197-6103

FIA Card Services, N.A.
P.O. Box 15102
Wilmington, DE 19886-5102

United Collection Bureau, Inc.
5620 Southwyck Blvd.
Suite 206
Toledo, OH 43614-1501

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CRAIG AND MICHELE ANDREA, | ) | Case No. 10-40108 |
| | ) | |
| DEBTORS. | ) | Judge A. Benjamin Goldgar |

### DEBTOR'S MOTION FOR FINAL DECREE
### AND ORDER CLOSING BANKRUPTCY CASE

CRAIG AND MICHELE ANDREA, Debtors/Debtors-in-Possession ("Debtors") herein, by and through their attorney, John H. Redfield of Crane, Heyman, Simon, Welch & Clar, pursuant to Local Bankruptcy Rule 3022-1 of The United States Bankruptcy Court for the Northern District of Illinois for their Final Report and Motion to Close Case, states as follows:

1. On September 7, 2010, the Debtors filed its voluntary petition for relief under Chapter 7 of the Bankruptcy Code ("Petition Date"), and on October 21, 2011, the case was converted to a Chapter 11 case.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 1334. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A)(L) and (O). Venue is proper in this district pursuant to 28 U.S.C. Sections 1408 and 1409.

3. On July 25, 2012, the Court entered an Order confirming Debtor's First Amended Plan ("Plan").

4. The Debtors continue to pay their first mortgage, and have made their initial distribution to general unsecured creditors pursuant to the Plan.

1

5. The Debtors have substantially consummated their Plan.

6. Copies of this Motion have been sent to the United States Trustee and the Debtor's creditors in accordance with the Local Bankruptcy Rule 3022-1 of The United States Bankruptcy Court For the Northern District of Illinois.

WHEREFORE, CRAIG ANDREA and MICHELE ANDREA., request this Court enter an Order:

A. Closing the Case; and

B. Granting such further relief as the Court deems appropriate.

Respectfully submitted,
CRAIG ANDREA and MICHELE ANDREA,
Debtors and Debtor-in-Possession

By: /s/John H. Redfield
One of their Attorneys

**DEBTOR'S COUNSEL:**
JOHN H. REDFIELD (Atty. No. 2298090)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\JHR\Andrea\Final Decree MOT.wpd