UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  10-40108 |
| CRAIG ANDREA | ) | |
| MICHELE ANDREA | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**FINAL DECREE AND ORDER CLOSING BAKRUPTCY CASE**

THIS MATTER COMING ON TO BE HEARD on the Motion of CRAIG ANDREA and MICHELE ANDREA, the reorganized debtors ("Debtors") for Final Decree and to Close Bankruptcy Case ("Motion"). Based upon review and consideration, the Court finds that (1) notice of the Motion was adequate and appropriate under the circumstances and no other notice need be given; (2) the Debtors confirmed their First Amended Plan of Reorganization (the "Plan") has been substantially consummated; and (3) other good and sufficient cause exists for granting the relief requested in teh Motion.

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. Pursuant to Bankruptcy Code Section 350(a), the case of In re Craig Andrea and Michele Andrea, Case No. 10-40108 (the "Bankruptcy Case") is Closed effective upon entry of this Final Decree and Order.

3. Notwithstanding this Final Decree and Order and the closing of the Bankruptcy Case:

(a) The Debtors shall continue to be authorized to take any and all action required or reasonably contemplated by the Plan and the Order confirming the Plan (the "Confirmation Order").

(b) This Court shall retain jurisdiction in accordance with the Confirmation Order and the Plan.

(c) The Debtors are required to pay all outstanding U.S. Trustee quarterly fees owed by the Debtor pursuant to 28 U.S.C. Section 1930 through and including the entry of this Final Decree.

(d) Pursuant to 11 U.S.C. Section 1141(d)(5), the Debtors shall not receive a discharge of their debts unless and until after notice and a hearing, this Court grants a discharge either (i) upon completion of all payments under the Plan pursuant to 11 U.S.C. Section 1141(d)(5)(A) or (ii) prior to completion of all payments under the Plan if the Debtors meet the requirements under 1141(d)(5)(B). In order to obtain a discharge, the Debtors will need to reopen the Bankruptcy Case.

4. The Debtors shall serve a copy of this Order on all of their known creditors within seven (7) days of the entry of this Order.

Rev: 20120501_bko

Enter:

*[Signature]*

United States Bankruptcy Judge

Dated: 1 0 OCT 2012

**Prepared by:**

DEBTOR'S COUNSEL:
JOHN H. REDFIELD (Atty. No. 2298090)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\JHR\Andrea\Final Decree.ORD.pdf