IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CRAIG ANDREA and ) | Chapter 11 |
| MICHELE ANDREA, ) | Case No. 10-40108 |
| ) | Judge A. Benjamin Goldgar |
| Debtors/Debtors-in-Possession. ) | |

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS  )
                   )
COUNTY OF COOK     )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the Final Decree and Order Closing Bankruptcy Case to be served on all the parties listed on the attached service list via First Class Mail, properly addressed, postage pre-paid, on the 10th day of October, 2012, before the hour of 5:00 p.m.

/s/John H. Redfield

## SERVICE LIST

United States Trustee
Dirksen Federal Building
219 South Dearborn Street #873
Chicago, IL 60604

Craig Andrea
Michele Andrea
26349 W. Roberts Lane
Barrington, IL 60010

American Express
P.O. Box 297814
Ft. Lauderdale, FL 14068-9000

American Express
P.O. Box 981535
El Paso, TX 79998-1535

Associated Recovery Systems
P.O. Box 463023
Escondido, CA 92046-3023

Bank of America
Attn: Mortgage Customer Service
P.O. Box 9000
Getzville, NY 14068-9000

Bank of America
P.O. Box 15027
Wilmington, DE 19850-5027

Bank of America
P.O. Box 535318
Atlanta, GA 30353-5318

Blatt, Hasenmiller, Leibsker & Moore
125 S. Wacker Drive, Suite 400
Chicago, IL 60606-4440

Capital One
P.O. Box 6492
Carol Stream, IL 60197-6492

Capital One Installment
Capital Recovery
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Chase
Cardmember Service
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Bank
c/o Kevin W. Mortell, Esq.
131 S. Dearborn Street, 5th Floor
Chicago, IL 60603-5571

Discover Bank
DB Servicing Corporation
Attn: Melissa Wilson
P.O. Box 3025
New Albany, OH 43054-3025

Discover Card
P.O. Box 3106
Carol Stream, IL 60197-6103

FIA Card Services, N.A.
P.O. Box 15102
Wilmington, DE 19886-5102

United Collection Bureau, Inc.
5620 Southwyck Blvd.
Suite 206
Toledo, OH 43614-1501

Denise A. DeLaurent
Office of the U.S. Trustee
219 S. Dearborn Street, Room 873
Chicago, Illinois 60604

Dean R. Prober
Prober & Raphael
20750 Ventura Blvd., Suite 100
Woodland Hills, CA 91364

Terri M. Long
18201 Morris Avenue
Homewood, IL 60430

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   10-40108 |
| CRAIG ANDREA | ) | |
| MICHELE ANDREA | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**FINAL DECREE AND ORDER CLOSING BAKRUPTCY CASE**

    THIS MATTER COMING ON TO BE HEARD on the Motion of CRAIG ANDREA and MICHELE ANDREA, the reorganized debtors ("Debtors") for Final Decree and to Close Bankruptcy Case ("Motion"). Based upon review and consideration, the Court finds that (1) notice of the Motion was adequate and appropriate under the circumstances and no other notice need be given; (2) the Debtors confirmed their First Amended Plan of Reorganization (the "Plan") has been substantially consummated; and (3) other good and sufficient cause exists for granting the relief requested in teh Motion.

    IT IS HEREBY ORDERED THAT:

    1. The Motion is granted.

    2. Pursuant to Bankruptcy Code Section 350(a), the case of In re Craig Andrea and Michele Andrea, Case No. 10-40108 (the "Bankruptcy Case") is Closed effective upon entry of this Final Decree and Order.

    3. Notwithstanding this Final Decree and Order and the closing of the Bankruptcy Case:

    (a) The Debtors shall continue to be authorized to take any and all action required or reasonably contemplated by the Plan and the Order confirming the Plan (the "Confirmation Order").

    (b) This Court shall retain jurisdiction in accordance with the Confirmation Order and the Plan.

    (c) The Debtors are required to pay all outstanding U.S. Trustee quarterly fees owed by the Debtor pursuant to 28 U.S.C. Section 1930 through and including the entry of this Final Decree.

    (d) Pursuant to 11 U.S.C. Section 1141(d)(5), the Debtors shall not receive a discharge of their debts unless and until after notice and a hearing, this Court grants a discharge either (i) upon completion of all payments under the Plan pursuant to 11 U.S.C. Section 1141(d)(5)(A) or (ii) prior to completion of all payments under the Plan if the Debtors meet the requirements under 1141(d)(5)(B). In order to obtain a discharge, the Debtors will need to reopen the Bankruptcy Case.

4. The Debtors shall serve a copy of this Order on all of their known creditors within seven (7) days of the entry of this Order.

**ENTERED**

Enter:

OCT 1 0 2012

Judge A. Benjamin Goldgar
United States Bankruptcy Court
United States Bankruptcy Judge

Dated:

**Prepared by:**
DEBTOR'S COUNSEL:
JOHN H. REDFIELD (Atty. No. 2298090)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\JHR\Andrea\Final Decree.ORD.pdf

Rev: 20120501_bko